# JS 44 Civil Cover Sheet

## (U.S. District Court)

Plaintiff(s):

Lei-Le Isaura Jade Christenson

Caleb Retelle

Defendant(s):

Wexford Ridge Apartments

Wexford Management, LLC

(If specific names of managers or owners are involved, they can be listed here too)

FILED/REC'D
2025 MAY 21 P 1:24
CLERK OF COURT
U.S. DISTRICT COURT
W/D OF WI

## I. BASIS OF JURISDICTION:

(Check one box only)

☒ 3. Federal Question (U.S. government not a party)

(Claims involve federal housing rights and constitutional violations)

## II. CITIZENSHIP OF PRINCIPAL PARTIES:

(For diversity cases only)

☐ Not applicable (since this is a federal question case)

## III. NATURE OF SUIT:

(Check one box only)

☒ 440 – Other Civil Rights

☒ 890 – Other Statutory Actions (if citing ATCP 134 violations and housing code issues)

☒ 220 – Real Property: Rent, Lease & Ejectment (optional depending on if eviction/retaliation is included)

IV. ORIGIN:

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 6. Multidistrict Litigation

☐ 8. Multidistrict Litigation – Direct File

V. REQUESTED IN COMPLAINT:

☒ Jury Demand: Yes

☒ Class Action: No

☒ Monetary Damages Requested: Yes

☒ Injunctive Relief: Yes (e.g. third-party mold inspection, emergency relocation)

VI. CAUSE OF ACTION:

Violation of Plaintiff's rights under Wis. Stat. § 704.07, Wis. Admin. Code ATCP 134, and the U.S. Constitution (Safe Housing, Due Process, Equal Protection). Federal civil rights claims under 42 U.S.C. § 1983 and relevant housing regulations.

VII. REQUESTED RELIEF:

- Immediate relocation due to uninhabitable conditions
- Federal injunction for third-party inspection and proper mold remediation

- Damages for health impact, property loss, and emotional distress
- Reimbursement for pest control, cleaning, medical, and out-of-pocket costs
- Attorney's fees (if applicable)

---

VIII. RELATED CASE(S), IF ANY:

(Leave blank unless you've already filed in state court or with a related docket)

---

Date: 04/24/2025

Signature of Attorney or Pro Se Plaintiff:


/Lei-Le Isaura Jade Christenson/


/Caleb Retelle/